DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. THORNTON

No. 39 PC.

Case below: 53 N.C. App. 630.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.

TAEFI v. STEVENS

No. 54 PC.

No. 148 (Fall Term).

Case below: 53 N.C. App. 579.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 November 1981.

ZIGLAR v. DU PONT CO.

No. 353 PC.

Case below: 53 N.C. App. 147.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.